# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135363 & (13)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 135363
COA: 280201
Wayne CC: 01-009646

ROBERT J. SEWARD,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.

      KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

p0519